# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK
### FOLEY SQUARE
### NEW YORK, NEW YORK 10007

**RICHARD OWEN**

JUDGE

September 14, 2006

Hon. Ortrie D. Smith, Chair
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

FINANCIAL DISCLOSURE OFFICE  SEP 20  10 57 AM '06  RECEIVED

Re:    Calendar Year 2005 Filing

Dear Judge Smith:

In response to your letter dated July 26, 2006, I understand the line item for "Home Depot" was omitted in error. The 2004 report should have included a line item for ▉▉▉▉▉ owning shares in Home Depot as follows:

| Income Amount Code | Income Type | Gross Value Code | Value Method |
|---|---|---|---|
| A | Div | J | T |

Please be advised there were no sales of Home Depot in 2004.

Sincerely,



| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>Richard Owen | 2. Court or Organization<br>U.S. District Court<br>Southern District of New York | 3. Date of Report<br>5/16/6 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Senior Full Time<br>U.S. District Judge | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1/1/05–12/31/05 |
| 7. Chambers or Office Address<br>U.S. Courthouse<br>40 Centre Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Trustee | Manhattan School of Music |
| 2  President and Board Member | NY Lyric Opera Co. |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| XX  NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

### A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

ALBANY RECORDS (RAIN) ← $ 237.43  ~~216.97~~

| 1  Richard Owen | Music Royalties-Amer. Society of Composers, Authors and Publishers (ASCAP) | $ 216.97 |
|---|---|---|
| 2  Wife | Opera and concert singer; Faculty Member Manhattan School of Music; Assist. Professor-Barnard College (in voice). | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☒ NONE (No reportable non-investment income.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richard Owen | 5/16/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| XX NONE (No such reportable reimbursements.) | |

1
2 _____
3 _____
4 _____
5 _____
6 _____
7 _____

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| XX NONE (No such reportable gifts.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| XX NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

* Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richard Owen | 5/16/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | RICHARD | OWEN | | | | | | | |
| 1 AGERE SYSTEMS CLA | | NONE | | | REV SPL SELL | 5-27 | J | A | |
| 2 AGERE SYSTEMS CLB | | NONE | | | REV SPL NAME CHG | 5-27 | J | A | ⊗ NEW NAME AGERE SYSTEM |
| 3 AGERE SYSTEMS | | NONE | J | T | REV SPL NAMECHG | 5-27 | J | | |
| 4 AMERICAN GREETINGS CLA | A | DIV | | | SELL | 3-18 | J | A | |
| 5 BENCH GROUP INC NEW | | NONE | | | NAME CHG | 12-27 | | | ☆ NEW NAME QUALMAX |
| 6 QUALMAX INC | | NONE | K | T | NAME CHG | 12-27 | | | |
| 7 ANHEUSER-BUSCH COS | A | DIV | J | T | BUY | 7-20 | J | | |
| 8 CONSOLIDATED EDISON | A | DIV | J | T | BUY | 5-4 | J | | |
| 9 DOW CHEMICAL | A | DIV | J | T | BUY | 6-22 | J | | |
| 10 FIFTH THIRD BANCORP | A | DIV | J | T | BUY | 3-8 | J | | |
| 11 FIFTH THIRD BANCORP | A | DIV | J | T | BUY | 3-10 | J | | |
| 12 GROUPE DANONE ADR | . | NONE | J | T | BUY | 11-22 | J | | |
| 13 HJ HEINZ | A | DIV | J | T | | | | | |
| 14 HOME DEPOT | A | DIV | J | T | | | | | |
| 15 INTEL | A | DIV | J | T | | | | | |
| 16 INT'L PAPER | A | DIV | J | T | BUY | 5/5 | J | | |
| 17 KIMBERLY CLARK | A | DIV | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) RICHARD OWEN | | | | | | | | | |
| 18 LUCENT TECH | | NONE | J | T | | | | | |
| 19 MELLON FNCL | A | DIV | J | T | | | | | |
| 20 MOTOROLA | A | DIV | J | T | | | | | |
| 21 NOKIA - ADR | A | DIV | | | SELL | 4-22 | J | B | |
| 22 NORTHROP GRUMMAN | A | DIV | | | SELL | 3-11 | J | A | |
| 23 PROCTOR & GAMBLE | A | DIV | K | T | | | | | |
| 24 TEMPLETON DRAGON FD | A | DIV | | | SELL | 6-B | J | A | |
| 25 NUVEEN NY DIV ADV FD2 MUN | A | DIV | | | SELL | 5-2 | J | A | |
| 26 CITICORP 7⅝% 5-05 | B | INT | | | RED | 5-1 | K | A | |
| 27 JPMORGAN CHASE 6¼ 1-06 | B | INT | K | T | | | | | |
| 28 FHLB 5.0⅛% 10-8-08 | A | INT | J | T | | | | | |
| 29 FHLB 6½% 1-13-09 | B | INT | K | T | | | | | |
| 30 NYC NY G/O 5¼ 8-09 | A | INT | J | T | | | | | |
| 31 NY ST TWY AUTH 4.6% 4-09 | A | INT | K | J | | | | | |
| 32 CORNWG NY SCH DBT 4% 1-15-11 | A | INT | K | J | BUY | 4-27 | K | | |
| 33 NY NY MUN WTR FW AUTH 4.75% 6-15-12 | B | INT | K | J | | | | | |
| 34 HILTON CSD - NY 3.75% 6-15-13 | A | INT | K | J | BUY | 4-28 | K | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Richard Owen | 5/16/06 |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions   *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions)  RICHARD OWEN | | | | | | | | | |
| 35 W BABYLON UFSD NY 4% 7/5/14 | A | WT | J | T | B | R-1808 | J | | |
| 36 | | | | | | | | | |
| 37 SOUTHERN | A | DIV | J | T | | | | | |
| 38 INTERPUBLIC | A | DIV | J | T | | | | | |
| 39 PENN XOFST PET | B | DIV | J | T | | | | | |
| 40 UNICOM | A | XV | J | T | | | | | |
| 41 SBC COMMUNICATION | A | DIV | J | T | | | | | |
| 42 UNITED TECHNOLOGIES | A | DIV | J | T | | | | | |
| 43 AMERICAN ELEC PWR | B | DIV | K | T | | | | | |
| 44 AMERITECH | A | DIV | J | T | | | | | |
| 45 BELL SOUTH | A | DIV | J | T | | | | | |
| 46 GLOBAL CROSSING LTD | | None | A | T | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richard Owen | 5/16/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | ▆▆▆▆▆▆ | | | | | | |
| 1 AGERE SYSTEMS CL A | | NONE | | | REV SPL SELL | 527 | J | A | |
| 2 AGERE SYSTEMS CL B | | NONE | | | REV SPL SELL | 527 | J | A | NEW NAME AGERE SYSTEMS |
| 3 AGERE SYSTEMS | | NONE | J | T | REV SPL Name CHG | 527 | J | | |
| 4 AMERICAN EXPRESS | A | DIV | | | SELL | 9-9 | J | B | |
| 5 AMERICAN GREETINGS CL A | A | DIV | | | SELL | 38 | J | A | |
| 6 ANHEUSER BUSCH COS | A | DIV | J | T | BUY | 7-29 | | | |
| 7 CONSOLIDATED EDISON | A | DIV | J | T | BUY | 5-4 | | | |
| 8 DOW CHEMICAL | A | DIV | J | T | BUY | 6-22 | | | |
| 9 GROUPE DANONE ADR | | NONE | J | T | BUY | 11-22 | | | |
| 10 HOME DEPOT | A | DIV | J | T | | | | | |
| 11 INTEL | A | DIV | J | T | | | | | |
| 12 INT'L PAPER | A | DIV | J | T | BUY | 55 | | | |
| 13 LUCENT TECH | | NONE | J | T | | | | | |
| 14 MOTOROLA | A | DIV | J | T | | | | | |
| 15 MELLON FNCL | A | DIV | J | T | BUY | 6-14 | | | |
| 16 PROCTOR & GAMBLE | A | DIV | K | T | | | | | |
| 17 TEMPLETON DRAGON FD | A | DIV | | | SELL | 6-8 | J | B | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 NUVEEN NY DIV ADV MUN FD | A | DIV | | | SELL | 4-21 | J | A | |
| 19 NUVEEN NY DIV ADV MUN FD | A | DIV | | | SELL | 52 | J | A | |
| 20 CIT 5½ 1-30-07 | A | INT | J | T | | | | | |
| 21 STRIPS - US TREAS 0% 8-15-08 | A | INT | J | T | | | | | |
| 22 FHLB 5.015% 10-8-08 | A | INT | J | T | | | | | |
| 23 S HUNTINGTON NY USD 3.625 5-15-? | A | INT | J | T | | | | | |
| 24 NY ST THWY AUTH 3.25% 4-1-12 | A | INT | J | T | | | | | |
| 25 RYE BROOK NY 3.375 4-15-13 | A | INT | J | T | | | | | |
| 26 SUFFOLK CO NY 3.625% 12-1-14 | A | INT | J | T | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Richard Owen | 5/16/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____ 4/16/6 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544